**Edmund B. GREGORIE, Plaintiff—Appellant,**

v.

**Eugene GOINS; Steve Loftis, Sheriff of Greenville County, South Carolina, Defendants—Appellees.**

No. 07–6683.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 19, 2007.

Decided: Nov. 19, 2007.

Adam Fisher, Jr., The Fisher Law Firm, Greenville, South Carolina, for Appellant. Russell W. Harter, Jr., Chapman, Harter & Groves, P.A., Greenville, South Carolina, for Appellees.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund B. Gregorie appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Gregorie v. Goins,* No. 6:05–cv–00822–HFF, 2007 WL 1034990 (D.S.C. Mar. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*